473 A.2d 655

Commonwealth v. Burke, Appellant.

Submitted October 14, 1983. Daniel R. Lovette, III, Assistant Public Defender, for

appellant; D. Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Cambria County Common Pleas Court Judge Caram J. Abood is affirmed.